## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **CAPITAL CITY ENERGY GROUP, INC., et al.** : : : | |
| **Plaintiffs,** : | **Case No. 2:11-cv-00207** |
| : | **Judge Marbley** |
| -vs- : | |
| : | **Magistrate Judge King** |
| **KELLEY DRYE & WARREN LLP, et al.** : | |
| : | |
| **Defendants.** : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned attorneys for all of the parties to this action that all claims and counterclaims in this action are hereby dismissed with prejudice. Each party shall bear its own attorney fees and costs.

| | |
|---|---|
| */s/ Matthew S. Brown* | */s/ Bradley T. Ferrell* |
| Dennis J. Concilla (0012254) | John W. Zeiger (0010707), Trial Attorney |
| Matthew S. Brown (0077687), Trial Attorney | Steven W. Tigges (0019288) |
| 366 East Broad Street | Bradley T. Ferrell (0070965) |
| Columbus, Ohio 43215 | 41 South High Street, Suite 3500 |
| Tele: (614) 228-6135 | Columbus, Ohio 43215 |
| Fax: (614) 221-0216 | Tele: (614) 365-9900 |
| | Fax: (614) 365-7900 |
| Attorneys for Plaintiffs Capital City Energy Group, Inc. and Hotwell Services, Inc. | Attorneys for Defendants Kelley Drye & Warren LLP and Timothy Lavender |